# Exhibit A

| Seller Alias | Email(s) |
|---|---|
| PHUONG BELLA TORO SHOP8888 | typhuongly@gmail.com |
| Rifflex Art | aa18059525760@163.com |
| ShanDongAnZhengJianZhuGongChengYouXianGongSi | lijingling240396@163.com |
| MR ZI guang | a17679199858@163.com |
| Nanagogoo | 544212421@qq.com |
| PENGDIAO | 16615888351@163.com |
| pingfanr | 583146329@qq.com |
| PJD Clothing | 418337406@qq.com |
| PLAGUE AND SIGN | temulym2025@163.com |
| Poetic Pavilion | ygfqwhcb029@163.com |
| Printique | 157864054@qq.com |
| PXKJYA | 18361751603@163.com |
| QIUHHZD | luxuan53982@163.com |
| Qotton | qyc_spmca@163.com |
| QR Art painting | 3920895803@qq.com |
| QYLMR | QYLMR1@126.com |
| RDSZQC | 18450160894@163.com |
| Round European Selection | 1076887098@qq.com |
| RSDZQA | 13275940307@163.com |
| RSDZQC | 13275940307@163.com |
| RusticGleam Mall | t16746488266@126.com |
| RusticLume Rooms | cqq2202@163.com |
| Sanamu Art | 349872466@qq.com |
| SCKGNLEKK | uy0747@163.com |
| SHIEESHIRT | SDRK0002@163.com |
| shirt twelve | 721848889@qq.com |
| Siyuan Poster | a19285993324@outlook.com |
| SL Starlight | 393375287@qq.com |
| SLENGJCLL | uy0747@163.com |
| Small group costume customization | 851266275@qq.com |
| Smart casual wear | 924778175@qq.com |
| SMENYXY | SMENYXY@126.com |
| Smit | 898487407@qq.com |
| SOFT HAVEN ONE | J18650247974@88.com |
| soiff | zpp1060583393@163.com |
| songjingxiaopu | zhukens776@163.com |
| songsuhuadianpu | 813846145@qq.com |
| SOOFDL | 841933595@qq.com |
| Sparkling Mugs | HKHuaTaiCo@outlook.com |
| Splyth Dwox | ElgvCCsf1834@163.com |
| SPPsrtwelve | shenpingpingtemu@163.com |

| | |
|---|---|
| Spring lris | 339718185@qq.com |
| Star language art | Wql776699@163.com |
| starfashionoutlet | 2541092788@qq.com |
| STARRYSHEIF | 1835713608@qq.com |
| Stashly | XINRONGE-COMMERCE@outlook.com |
| Stayed wu | 78796324@qq.com |
| Stellar Art L | wql6677565@163.com |
| StitchStory | 2474232402@qq.com |
| Street fashion B | huahuan298a344@ectzs.xyz |
| Style CollectionA | wowowop11@outlook.com |
| StyleCrafted Shop | FanJieCo@outlook.com |
| StyleOasis | EASYJIACO@outlook.com |
| StyleStudioer | shepibau6676958@163.com |
| Stylish Print Boutique A | zhenghs3724@126.com |
| SUMMER POCKET Shop | 897089615@qq.com |
| Sunset DIY | shenliwei117@163.com |
| SunSpray Studio | 13107703010@163.com |
| Super personalized clothes | 2946185212@qq.com |
| Super PPJ | KHHuahui@outlook.com |
| Superior Beauty Local local | 107387162@qq.com |
| SWSC | 1179054939@qq.com |
| SXZJM Nine | 18596902325@163.com |
| SYBHA Online | 1700355014@qq.com |
| TailorBloom | ChenRongTrading@outlook.com |
| TailoredElegance | 2627922402@qq.com |
| Tee Boutigue | 287812581@qq.com |
| Tee Shirts Home | 200755689@qq.com |
| Tee ZX | 56569151@qq.com |
| TeeHarbor | 15356620986@163.com |
| TeeHustle | 346161273@qq.com |
| TeesEmpire | 404995088@qq.com |
| Ten cats | 17953866@qq.com |
| TG GraphicTee Haven | GhanChao@outlook.com |
| The Cats Pajamas | jiangyueshi66@outlook.com |
| The Printed Story TEE | theprintedstorytee@163.com |
| Threaded Horizon | 3927579692@qq.com |
| ThurTing | QYing6368@outlook.com |
| TJ Yoric | 1095751164@qq.com |
| Tongduo | pdgf888@qq.com |
| Tongpin Householdl local | 1810143409@qq.com |
| TPH GOOD | 285229442@qq.com |
| Tremdy | 3871664094@qq.com |
| Trend hat Custom Shopper local | ac82321713@163.com |

| | |
|---|---|
| TrendMakersDen | 15980348927@163.com |
| TrendTrack Emporium | 15080195364@163.com |
| Trendy fashion hats AAA | gongliang1a089@ectzs.xyz |
| TroveDash | 2796045375@qq.com |
| UCGVJH | gali7261@163.com |
| UNICOTEX | 3606816935@qq.com |
| VBUSDYHH | guoqiong3133@163.com |
| WenW Clothing Shop local | tiaodg69121@ectzs.xyz |
| XIANZHANBAIHUO | 13194431099@163.com |
| XINBODIE | 2044622207@qq.com |
| ShanYouCUP | vivifine19@sina.com |
| Trend Titan | zunyee07544@163.com |